UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MARY RODGERS-ROUZIER on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC, HMS GLOBAL MARITIME LLC,<br><br>Defendants. | No. 4:20-cv-00004-SEB-KMB |

**FINAL JUDGMENT**

Having this day directed that final judgment be entered against Plaintiff, the Court now enters final judgment in favor of Defendants. This action is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Date: 3/31/2023

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Sarah Arendt
WERMAN SALAS P.C.
sarendt@flsalaw.com

Augustus S. Herbert
Gray Ice Higdon, PLLC
aherbert@grayice.com

Robert P. Herre
rpherre@aol.com

Bobby R. Miller, Jr.
MILLER HAHN, PLLC
bmiller@millerlaw-firm.com

Dennis D. Murrell
Gray Ice Higdon, PLLC
dmurrell@grayice.com

Loren T. Prizant
MIDDLETON REUTLINGER
lprizant@middletonlaw.com

Maureen A. Salas
WERMAN SALAS P.C.
msalas@flsalaw.com

Michael Tresnowski
WERMAN SALAS P.C.
mtresnowski@flsalaw.com

Douglas M. Werman
WERMAN SALAS PC
dwerman@flsalaw.com