UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MARY RODGERS-ROUZIER on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  No. 4:20-cv-00004-SEB-KMB ) |
| AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC, HMS GLOBAL MARITIME LLC, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

On July 10, 2024, this matter was remanded by the 7th Circuit Court of Appeals following the issuance of their mandate, instructing this Court to take action consistent with its opinion. The Court inquired of the parties pursuant to Local Rule 16-2 and each has informed the Court that this Court should take no further action due to the confirmed Plan and Confirmation Order in the bankruptcy proceeding. Accordingly, this case shall remain closed on our docket.

IT IS SO ORDERED.

Date:     8/1/2024

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF